IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STACY ALEXANDER,
Plaintiff,

v.

Case No. 17–CV–00861–JPG–RJD

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

## **JUDGMENT**

This matter having come before the Court and Plaintiff Stacy Alexander having failed to prosecute,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendant Commissioner of Social Security are **DISMISSED WITH PREJUDICE**.

**Dated: Wednesday, March 18, 2020**         **MARGARET M. ROBERTIE**
                                             **CLERK OF COURT**

                                             **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**